```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 64099
   SAPRINA R DEVINE
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

           Debtor
    SSN XXX-XX-3996


------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 12/21/2005 and was confirmed 02/16/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors   10.00%.

     The case was dismissed after confirmation 11/01/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                            PAID           PAID
------------------------------------------------------------------------------
MORTGAGE CO                CURRENT MORTG         .00           .00            .00
TRIAD FINANCIAL CORP       SECURED          22595.74       2070.35        6340.96
TRIAD FINANCIAL CORP       UNSECURED       NOT FILED           .00            .00
INTERNAL REVENUE SERVICE   PRIORITY          2778.86           .00            .00
EDUCAID                    UNSECURED       NOT FILED           .00            .00
PREMIER BANCARD CHARTER    UNSECURED          475.83           .00            .00
WELLS FARGO EDUCATION      UNSECURED         3467.19           .00            .00
INTERNAL REVENUE SERVICE   UNSECURED            59.87          .00            .00
PREMIER BANCARD CHARTER    UNSECURED           421.78          .00            .00
LEGAL HELPERS PC           DEBTOR ATTY      2,500.00                          .00
TOM VAUGHN                 TRUSTEE                                         508.69
DEBTOR REFUND              REFUND                                             .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE              8,920.00

PRIORITY                                          .00
SECURED                                      6,340.96
    INTEREST                                 2,070.35
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                           508.69
DEBTOR REFUND                                     .00
                     ---------------      ---------------
TOTALS               8,920.00                8,920.00




              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 64099 SAPRINA R DEVINE
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 64099 SAPRINA R DEVINE